1  Ruth L. Cohen, Esq. (NV Bar 1782)
Email: rcohen@caplawyers.com
2  Paul S. Padda, Esq. (NV Bar 10417)
Email: ppadda@caplawyers.com
3  COHEN & PADDA, LLP
4240 West Flamingo Road, Suite 220
4  Las Vegas, Nevada 89103
Tele: (702) 366-1888
5  Fax: (702) 366-1940
Web: caplawyers.com
6
Attorneys for the Plaintiff
7

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

10  **RICHARD GARLAND,**                    )
                                            )
11            **Plaintiff,**                )   **Case No. 2:12-CV-0147-GMN-(VCF)**
                                            )
12        **v.**                            )
                                            )
13  **LAS VEGAS METROPOLITAN,**             )
    **POLICE DEPARTMENT,** *et. al.***,**   )
14                                          )
              **Defendants.**               )
15  _____        )

16   **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND
     TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**
17
                        **AND ORDER**
18
         Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rules 6-1 and 7-2,
19
     Richard Garland, by and through undersigned counsel, respectfully requests that the
20
     Court grant him an extension of time, to and until June 15, 2012, to respond to
21
     Defendants' motion for judgment on the pleadings.  This is Plaintiff's first request for an
22
     extension of time for the purpose set forth in this motion.  Presently, Plaintiff's response
23
     to Defendants' motion for judgment on the pleadings (filed on May 3, 2012) is due on
24
     May 20, 2012.  In support of this motion, Plaintiff relies upon the memorandum of points
25
     and authorities set forth below.
26

## MEMORANDUM OF POINTS AND AUTHORITIES

In response to Plaintiff's Complaint, Defendants have filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).  Defendants' motion is predicated upon various rote legal arguments not applicable to the particular facts of this case.  Although undersigned counsel has reviewed Defendants' partially dispositive motion, additional time will be needed to respond to the sundry legal arguments presented therein.  Unfortunately, however, due to competing case commitments, undersigned counsel will need additional time to fully research, prepare and file a response.

Within the next two weeks, undersigned counsel will be busy preparing for a trial scheduled to commence in mid-June in state court.  Additionally, during this same period of time undersigned counsel will be required to travel to Los Angeles for a settlement conference in federal court.  *See* Bravado International v. Julian Rouas, *et. al.*, 2:11-CV-4859-JAK-(JEM) (C.D. Cal.).  Further, during the first week of June undersigned counsel is expected to respond to several discovery requests in other litigation pending in both state and federal courts, as well as prepare and file two complaints in federal court in other cases undersigned counsel is currently handling.  Based upon the foregoing schedule, an extension of time, to and until June 15, 2012, will permit undersigned counsel sufficient time to respond to the motion for judgment on the pleadings.[1]  Defendants will not be prejudiced by this extension of time since they have not sought to stay discovery pending resolution by the Court of their dispositive

---

[1]  To avoid the possibility of seeking an additional extension, undersigned counsel is requesting until June 15, 2012 after taking into account counsel's various competing case commitments.  The requested extension should be sufficient to permit undersigned counsel the necessary time to fully prepare and file an appropriate response to Defendants' motion.

1  motion, thereby suggesting that they believe the case should proceed forward

2  notwithstanding the issues raised in their motion for judgment on the pleadings.

3  ### CONCLUSION

4      In light of the foregoing, Plaintiff, by and through undersigned counsel,

5  respectfully requests that the Court permit Plaintiff an extension of time, to and until

6  June 15, 2012, to respond to Defendants' motion for judgment on the pleadings.

7                                                    Respectfully submitted,

8                                                    /s/ *Paul S. Padda*

9                                                    _____
                                                     Ruth L. Cohen, Esq.
                                                     Paul S. Padda, Esq.
10                                                   COHEN & PADDA, LLP
                                                     4240 West Flamingo Road, #220
11                                                   Las Vegas, Nevada 89103
                                                     Tele: (702) 366-1888
12                                                   Fax: (702) 366-1940
                                                     Web: caplawyers.com
13
                                                     Attorneys for Richard Garland
14
                                                     Dated: May 19, 2012
15

16          **IT IS SO ORDERED:**

17          **Plaintiff's request for an extension of time
            to respond to Defendant's motion for
            judgment on the pleadings (filed May 3,
18          2012) is hereby granted.  Plaintiff shall have
            until June 15, 2012 within which time to file
19          a response.**

20

21          _____

            Gloria M. Navarro
22          United States District Judge

23          **DATED:  05/23/2012**

24

25

26                                        3