UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD GARLAND,

        Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,,

        Defendants.

Case 2:12–cv–0147–GMN–VCF

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE CAM FERENBACH**

      Before the Court for consideration is the Report and Recommendation (ECF No. 36) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered November 25, 2013, regarding Plaintiff's Motion to Amend (ECF No. 31) filed on April 5, 2013.

      Pursuant to Local Rule IB 3-2(a), objections to the Report and Recommendation (ECF No. 36) were due by December 12, 2013. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Ferenbach's Recommendations should be **ACCEPTED**.

      **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Amend (ECF No. 31) is **GRANTED in part** and **DENIED in part**. Plaintiff's Motion to Amend to add a Fourteenth Amended Due Process claim is **DENIED**.

      **IT IS FURTHER ORDERED** that Officers Crosby and Pates are hereby **DISMISSED with prejudice**.

      **DATED** this 16th day of December, 2013.

_____
Gloria M. Navarro
United States District Judge